UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-50124 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| HAYDEN SENGUA, | |
| Defendant. | |

The Defendant states the following facts are true, and the parties agree they establish a factual basis for the offense to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3).

My name is Hayden Sengua. Between no later than May 2018 and continuing through January 3, 2025, in the District of South Dakota, I used Google and my cellular phone connected to the internet, to knowingly receive image and video files containing sexually explicit visual depictions of minors. I received the child pornography files into my cell phone, my Google account, and into a Western Digital external hard drive.

I agree that I received over 15,000 total media files depicting child sexual abuse (child pornography), into these three locations. I agree that some of the imagery I collected depicts the sexual abuse of infants and toddlers, as well as the bondage and torture of minors.

I further agree that during the relevant time frame, I occasionally used a virtual machine to attempt to hide my activity with regard to child pornography. I also agree that I used the IP address associated with my former employer, a local gymnastics center, to search for and download child pornography.

I stipulate and agree that the following property was used in the commission of the offense described above: One Samsung SM-S908U1 cellular phone, one BluG34 cellular phone; and one Western Digital 4TB external hard drive.

The parties submit that the foregoing statement of facts is not intended to be a complete description of the offense or the Defendant's involvement in it. Instead, the statement is offered for the limited purpose of satisfying the requirements of Fed. R. Crim. P. 11(b)(3). The parties understand that additional information relevant to sentencing may be developed and attributed to the Defendant for sentencing purposes.

RONALD A. PARSONS, JR.
United States Attorney

1/07/2026

Date

HEATHER KNOX
Assistant United States Attorney
515 9th Street, Suite 201
Rapid City, SD 57701
Telephone: (605) 342-7822
Facsimile: (605) 342-1108
E-Mail: Heather.Knox@usdoj.gov

1/07/26  
Date

HAYDEN SENGUA  
Defendant

January 7, 2026  
Date

PAUL WINTER  
Attorney for Defendant